UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20-cr-50 |
| Plaintiff, | : | |
| | : | JUDGE Douglas R. Cole |
| v. | : | |
| | : | |
| MARCUS HALEY, | : | INDICTMENT |
| | : | |
| Defendant. | : | 18 U.S.C. § 641 |

THE GRAND JURY CHARGES:

### COUNT 1
### (Theft of Public Money)

From in or about November 2016, and continuing through in or about December 2019, in the Southern District of Ohio, the defendant, **MARCUS HALEY**, on a recurring basis, did knowingly and willfully embezzle, steal, purloin, convert to his own use and the use of another, and without authority sell, convey and dispose of money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $29,167.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

/s/
_____
GRAND JURY FOREPERSON

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

[signature]
TIMOTHY LANDRY
SPECIAL ASSISTANT UNITED STATES ATTORNEY