# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff**<br>　v.<br><br>**MARCUS HALEY,**<br><br>　　　　**Defendant.** | **CASE NO. 3:20-cr-050**<br><br><br>**MOTION TO UNSEAL CASE** |

The United States respectfully moves the Court to unseal the indictment and all other documents in connection with this case. The defendant was arrested today and there is no longer any reason to keep the case sealed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DAVID DEVILLERS
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Timothy Landry
　　　　　　　　　　　　　　　　　　　　TIMOTHY LANDRY
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　221 East Fourth Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　　Office: (513) 684-3711
　　　　　　　　　　　　　　　　　　　　E-mail: Timothy.Landry@usdoj.gov